**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number 3:17-MJ-164 |
| -vs- | : | Magistrate Judge Michael J. Newman |
| SAVON ANTHONY DAVIS | : | |
| Defendant. | : | |

**ORDER FOR LIMITED UNSEALING**

Upon motion of the United States, and for good cause shown, the United States is hereby authorized to provide Vincent Popp, Counsel for Defendant, a copy of the sealed Criminal Complaint, Affidavit and Arrest Warrant for review with his client, Savon Anthony Davis, without further dissemination or copying of these items. Further, these items shall remain under seal until such time as ordered by the Court.

April 27, 2017                                          s/Michael J. Newman

                                                                Michael J. Newman
                                                                United States Magistrate Judge