# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

          Plaintiff,

-vs-                                         Case No. 3:17-CR-79-02

SAVON ANTHONY DAVIS,

          Defendant.

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (DOC. 84), ACCEPTING THE PLEA OF GUILTY, AND REFERRING THE CASE TO THE U.S. PROBATION DEPARTMENT FOR A PRESENTENCE INVESTIGATION AND REPORT**

---

This matter came on for a hearing on December 21, 2017, for a plea hearing. The matter was heard before United States Magistrate Judge Michael J. Newman. Having conducted a full plea colloquy with the defendant, the Magistrate Judge concluded that the Defendant's plea of guilty to Count 5 of the Superseding Indictment was knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilt.

The Court, noting that no objections have been filed thereto, and that the time for filing such objections expired on January 10, 2018, hereby ADOPTS said Report and Recommendations.

Therefore, based upon the aforesaid, and this Courts de novo review of the comprehensive findings by the United States Magistrate Judge this Court adopts the Report and Recommendations of the United States Magistrate Judge (doc. 84) in its entirety, finding that the plea was knowing, intelligent and voluntary. The Defendant is FOUND guilty of the offense for which he pled. This matter is ORDERED referred to the Unites States Probation Department for a presentence investigation and report. Sentencing is scheduled for April 4, 2018 at 2:30 p.m.

**DONE** and **ORDERED** in Dayton, Ohio, this 11th day of Janaury, 2018.

                                                    THOMAS M. ROSE, JUDGE
                                                    UNITED STATES DISTRICT COURT